# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  PROMULGATION OF CONSUMER : No. 428
PRICE INDEX PURSUANT TO 42 Pa.C.S. §§ : Judicial Administration Docket
1725.1(f) and 3571(c)(4)

## ORDER

PER CURIAM:

*And now*, this 15th day of October, 2014, it is *Ordered* pursuant to Article V , Section 10(c) of the Constitution of Pennsylvania and Section 3502(a) of the Judicial Code, 42 Pa.C.S. § 3502(a), that the Court Administrator of Pennsylvania is authorized to obtain and publish in the *Pennsylvania Bulletin* the percentage increase in the Consumer Price Index for calendar year 2013 as required by Act 96 of 2010, 42 Pa.C.S. §§ 1725.1(f) and 3571(c)(4)(as amended).